# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MARIETTA E. MUCHERMAN,<br><br>Defendant. | PO-16-5082-M-JCL<br>CVB Violation No:<br>FBDW006Y<br><br>ORDER DISMISSING<br>AND VACATING TRIAL |

The United States of America has moved to dismiss this matter with prejudice. Accordingly,

IT IS ORDERED that this case is **DISMISSED** with prejudice.

IT IS FURTHER ORDERED that the trial set for October 26, 2016 at 11:00 a.m. is **VACATED**.

The Clerk of Court is directed to forward a copy of this order to the U.S. Attorney's Office, the Defendant at, and to the Central Violations Bureau at P.O. Box 780549, San Antonio, Texas 78278-0549. CVB is directed to enter **NC** as the disposition code in this matter.

DATED this 24th day of October, 2016.

Jeremiah C. Lynch
United States Magistrate Judge

c: USA
Def
CVB

ORDER DISMISSING AND VACATING
TRIAL                                                              1